EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# WHATABURGER

**Reg. No. 652,137**  
**Registered Sep. 24, 1957**  
**Amended Dec. 04, 2018**  
**U.S. Cl.: 46**  
**Trademark**  
**Principal Register**

TRES AGUILAS ENTERPRISES LLC (TEXAS LIMITED LIABILITY COMPANY)  
300 Concord Plaza Drive  
San Antonio, TEXAS 78216

CLASS 46: HAMBURGER SANDWICH

FIRST USE 1-1-1950; IN COMMERCE 2-10-1953

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 71-667,794, FILED 06-07-1954



Director of the United States Patent and Trademark Office

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 891,082
Registered May 12, 1970
Renewal Approved Feb. 15, 1990

## SERVICE MARK
## PRINCIPAL REGISTER

# WHATABURGER

WHATABURGER, INC. (TEXAS CORPORATION)
4600 PARKDALE DRIVE
CORPUS CHRISTI, TX 78411, ASSIGNEE BY ASSIGNMENT, MERGER AND CHANGES OF NAME FROM DOBSON, GRACE W. (UNITED STATES CITIZEN), DOING BUSINESS AS WHATABURGER DRIVE INNS, CORPUS CHRISTI, TX

OWNER OF U.S. REG. NO. 652,137.

FOR: RESTAURANT SERVICES AND DRIVE IN RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 1-1-1950; IN COMMERCE 2-10-1953.

SER. NO. 72-291,496, FILED 2-20-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 29, 30, 32 and 42

Prior U.S. Cls.: 45, 46 and 100

**United States Patent and Trademark Office**

Reg. No. 1,011,927
Registered May 27, 1975

10 Year Renewal  Renewal Term Begins May 27, 1995

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



WHATABURGER, INC. (TEXAS CORPORATION)
4600 PARKDALE DRIVE
CORPUS CHRISTI, TX 78411, BY CHANGE OF NAME, ASSIGNMENT AND MERGER WITH WHATABURGER, INC. (TEXAS CORPORATION) CORPUS CHRISTI, TX

THE DRAWING IS LINED FOR THE COLORS ORANGE AND BROWN, BUT COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

FOR: SOFT DRINKS, IN CLASS 45 (INT. CL. 32).

FIRST USE 7-18-1972; IN COMMERCE 7-28-1972.

FOR: HAMBURGERS, CHEESEBURGERS, FRENCH FRIED POTATOES, [POTATO CHIPS, CORN CHIPS,] FRIED PIES, ONION RINGS, MALT AND SHAKE BEVERAGES, AND FRANKFURTER SANDWICHES, IN CLASS 46 (INT. CLS. 29 AND 30).

FIRST USE 7-18-1972; IN COMMERCE 7-28-1972.

FOR: RESTAURANT AND DRIVE-IN RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 7-18-1972; IN COMMERCE 7-28-1972.

SER. NO. 72-442,464, FILED 11-29-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 2, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 29, 30, 32 and 42

Prior U.S. Cls.: 45, 46 and 100

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,011,928
Registered May 27, 1975
Renewal Term Begins May 27, 1995

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



WHATABURGER, INC. (TEXAS CORPORATION)
4600 PARKDALE DRIVE
CORPUS CHRISTI, TX 78411, BY CHANGE OF NAME, ASSIGNMENT AND MERGER WITH LUTZ , GRACE DOBSON (UNITED STATES CITIZEN), AKA GRACE W. DOBSON, CORPUS CHRISTI, TX

THE DRAWING IS LINED FOR THE COLORS ORANGE AND BROWN, BUT COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

FOR: SOFT DRINKS, IN CLASS 45 (INT. CL. 32).

FIRST USE 7-18-1972; IN COMMERCE 7-28-1972.

FOR: HAMBURGERS, CHEESEBURGERS, FRENCH FRIED POTATOES, [POTATO CHIPS, CORN CHIPS,] FRIED PIES, ONION RINGS, MALT AND SHAKE BEVERAGES, AND FRANK-

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 5, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

FURTER SANDWICHES, IN CLASS 46 (INT. CLS. 29 AND 30).

FIRST USE 7-18-1972; IN COMMERCE 7-28-1972.

FOR: RESTAURANT AND DRIVE-IN RESTAURANT SERVICES, IN CLASS 100 (INT. CL. 42).

FIRST USE 7-28-1972; IN COMMERCE 7-28-1972.

SER. NO. 72-442,465, FILED 11-29-1972.

Int. Cl.: 29

Prior U.S. Cl.: 46

## United States Patent Office

Reg. No. 1,014,196
Registered June 24, 1975

## TRADEMARK
Principal Register

## WHATABURGER JR.

Grace Dobson Lutz
3104 S. Alameda
Corpus Christi, Tex. 78411

For: PREPARED HAMBURGER SANDWICH FOR CONSUMPTION ON OR OFF THE PREMISES, in CLASS 29 (U.S. CL. 46).
First use Apr. 1, 1973; in commerce Aug. 29, 1973.
Owner of Reg. Nos. 652,137, 891,082 and 963,811.

Ser. No. 7,283, filed Nov. 26, 1973.

Int. Cl.: **42**

Prior U.S. Cls.: **100 and 101**

United States Patent and Trademark Office

Reg. No. 2,335,590
Registered Mar. 28, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

# WHATABURGER

WHATABURGER, INC. (TEXAS CORPORATION)
4600 PARKDALE DRIVE
CORPUS CHRISTI, TX 784112981

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1950; IN COMMERCE 2-10-1953.

OWNER OF U.S. REG. NOS. 1,011,927, 2,160,285 AND OTHERS.

SER. NO. 75-674,147, FILED 4-5-1999.

DAVID ETTINGER, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,757,109
Registered Aug. 26, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

# WHATABURGER

WHATAPARTNERSHIP, L.P. (DELAWARE LIMITED PARTNERSHIP)
300 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE 19801

FOR: CHARITABLE FUNDRAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-5-2001; IN COMMERCE 10-5-2001.

SN 76-332,382, FILED 10-31-2001.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,188,132
Registered Dec. 19, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## WHATABURGER FIELD

WHATAPARTNERSHIP, L.P. (DELAWARE LIMITED PARTNERSHIP)
300 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

FOR: PROVIDING STADIUM FACILITIES FOR SPORTING EVENTS, EXHIBITIONS, CONVENTIONS, COMMUNITY FESTIVAL EVENTS AND CONCERTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-6-2005; IN COMMERCE 4-6-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIELD", APART FROM THE MARK AS SHOWN.

SN 78-598,999, FILED 3-31-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,188,136
Registered Dec. 19, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



WHATAPARTNERSHIP, L.P. (DELAWARE LIMITED PARTNERSHIP)
300 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

FOR: PROVIDING STADIUM FACILITIES FOR SPORTING EVENTS, EXHIBITIONS, CONVENTIONS, COMMUNITY FESTIVAL EVENTS AND CONCERTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-6-2005; IN COMMERCE 4-6-2005.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIELD CORPUS CHRISTI", APART FROM THE MARK AS SHOWN.

SN 78-599,894, FILED 4-1-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,592,132**
**Registered Aug. 26, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TRES AGUILAS ENTERPRISES LLC (TEXAS LIMITED LIABILITY COMPANY)
300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

FOR: PROVIDING STADIUM FACILITIES FOR SPORTING EVENTS, EXHIBITIONS, CONVENTIONS, COMMUNITY FESTIVAL EVENTS AND CONCERTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-6-2005; IN COMMERCE 4-6-2005.

OWNER OF U.S. REG. NOS. 652,137, 3,188,132, AND 3,188,136.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIELD CORPUS CHRISTI", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "WHATABURGER" CENTERED IN A HORIZONTALLY ORIENTED RECTANGLE DESIGN WITH CURVED CORNERS; ABOVE THE RECTANGLE DESIGN IS CIRCULAR CLOCK WITH A BASEBALL DESIGN ON THE FACE OF THE CLOCK CENTERED IN AN ARCH DESIGN; BELOW THE RECTANGLE DESIGN IS THE BOTTOM HALF OF A CROSS SHAPED DESIGN WITH CURVED CORNERS AND THE STYLIZED WORD "FIELD" IN THE CENTER; THE WORD "CORPUS" ON THE LEFT SIDE OF THE WORD "FIELD" AND THE WORD "CHRISTI" ON THE RIGHT SIDE OF THE WORD "FIELD".

SER. NO. 86-151,142, FILED 12-23-2013.

ANNE MADDEN, EXAMINING ATTORNEY

*Michelle K. Lee*
**Deputy Director of the United States**
**Patent and Trademark Office**

**United States of America**

**United States Patent and Trademark Office**

# WHATABURGER

| | |
|---|---|
| **Reg. No. 4,845,240** | TRES AGUILAS ENTERPRISES LLC (TEXAS LIMITED LIABILITY COMPANY) |
| **Registered Nov. 3, 2015** | 300 CONCORD PLAZA DRIVE<br>SAN ANTONIO, TX 78216 |
| **Int. Cl.: 43** | FOR: FOOD PREPARATION SERVICES; RESTAURANT SERVICES FEATURING BREADED AND FRIED CHICKEN NUGGETS, STRIPS, TENDERS, BITES, AND MORSELS; TAKE-OUT RESTAURANT SERVICES; RESTAURANT SERVICES FEATURING ICE CREAM, SHAKE AND MALT BASED BEVERAGES; DRIVE-IN RESTAURANT SERVICES; RESTAURANT SERVICES FEATURING PROVISION OF COFFEE; GROUP MEAL SERVICES, NAMELY, PROVIDING TAKEOUT RESTAURANT SERVICES TO GROUPS TRAVELLING BY AUTOMOBILE, TRUCK OR BUS, SCHOOL MEAL PREPARATION SERVICES, AND PREPARATION OF MEALS FOR CONSUMPTION BY GROUPS OF TRAVELERS ON OR OFF THE PREMISES; CARRYOUT RESTAURANT SERVICES; CAFE SERVICES; RESTAURANT SERVICES FEATURING BREAKFAST FOODS AND BEVERAGES; FAST-FOOD RESTAURANT SERVICES; PREPARATION OF BEVERAGES FOR CONSUMPTION ON OR OFF THE PREMISES; RESTAURANT SERVICES FEATURING FAJITAS, TAQUITOS AND TACOS; FOOD RELATED SERVICES, NAMELY, FOOD PREPARATION SERVICES, RESTAURANT SERVICES, CAFE SERVICES, DELICATESSEN SERVICES; NON-STOP RESTAURANT SERVICES; DELICATESSEN SERVICES; RESTAURANT SERVICES FEATURING HAMBURGERS, CHEESEBURGERS, CHICKEN SANDWICHES, FISH SANDWICHES AND OTHER MEAT SANDWICHES; FAST CASUAL RESTAURANT SERVICES; DRIVE-THROUGH RESTAURANT SERVICES; PREPARATION OF MEALS FOR CONSUMPTION ON OR OFF THE PREMISES; PROVISION OF FOOD AND DRINKS IN RESTAURANTS; RESTAURANT SERVICES FEATURING SANDWICHES; BEVERAGE PREPARATION SERVICES; DINE-IN RESTAURANT SERVICES; QUICK SERVICE RESTAURANT SERVICES; RESTAURANT SERVICES, NAMELY, PROVIDING OF FOOD AND BEVERAGES FOR CONSUMPTION ON AND OFF THE PREMISES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | |
| | FIRST USE 8-8-1950; IN COMMERCE 8-19-1953. |
|  | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 652,137, 2,757,109 AND OTHERS. |
| Director of the United States<br>Patent and Trademark Office | SER. NO. 86-574,514, FILED 3-24-2015. |

Reg. No. 4,845,240  LINDA ESTRADA, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# WHATABURGER

**Reg. No. 4,921,566**
**Registered Mar. 22, 2016**

**Int. Cl.: 29**

**TRADEMARK**

**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

TRES AGUILAS ENTERPRISES LLC (TEXAS LIMITED LIABILITY COMPANY)
300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

FOR: HAMBURGER; SAVORY POTATO BASED SNACK FOODS; SALADS, NAMELY, GARDEN SALADS, VEGETABLE SALADS, FRUIT SALADS, MEAT SALADS, CHICKEN SALADS, PREPARED PROTEIN SALADS, GARDEN SALADS WITH GRILLED OR FRIED MEAT OR POULTRY, VEGETABLE SALADS, WITH GRILLED OR FRIED MEAT OR POULTRY; DRIED FRUITS; POTATO FRIES; SALADS, EXCEPT MACARONI, RICE AND PASTA SALADS; COMBINATION MEALS CONSISTING PRIMARILY OF PROCESSED CHICKEN BREAST AND CHICKEN BREAST CHUNKS SERVED AS BREADED AND FRIED CHICKEN NUGGETS, STRIPS, TENDERS, BITES, OR MORSELS, DIPPING SAUCES, FRIES, AND A DRINK FOR CONSUMPTION ON OR OFF THE PREMISES; PREPARED MEALS AND ENTREES CONSISTING PRIMARILY OF EGGS; PROCESSED AVOCADOS; CUT APPLES; MEATS AND PROCESSED FOODS, NAMELY, PROCESSED MEATS, PROCESSED POULTRY, PROCESSED FISH, PROCESSED EGGS, PROCESSED VEGETABLES, PROCESSED FRUITS, GRILLED MEATS, GRILLED POULTRY, GRILLED VEGETABLES, FRIED MEATS, FRIED POULTRY, FRIED FISH AND FRIED VEGETABLES; CUT FRUIT; PROCESSED JALAPENOS; POULTRY; EGGS; PICKLES; PROCESSED CARROTS; FISH, NOT LIVE; POTATO CHIPS; CHICKEN STRIPS; MILK; POTATO-BASED SNACK FOODS; MARGARINE; FRUIT-BASED SNACK FOOD; PROCESSED GREEN CHILI PEPPERS; FISH FILLETS; BACON; BUTTER SUBSTITUTES; POTATO SNACK PRODUCTS IN THE FORM OF PIECES CAPABLE OF BEING FRIED; PREPARED MEALS AND ENTREES CONSISTING PRIMARILY OF MEAT, FISH, POULTRY, VEGETABLES, FRUIT AND EGGS FOR CONSUMPTION ON OR OFF THE PREMISES; SNACK FOOD PRODUCTS MADE WHOLLY OR PRINCIPALLY OF POTATOES; PROCESSED ONIONS; PROCESSED TOMATOES; BEEF PATTIES; POTATO STICKS; COFFEE CREAMER; FRUIT SLICES; OILS AND FATS FOR FOOD; PROCESSED POTATOES; ONION RINGS; PICKLED JALAPENOS; PROCESSED POBLANO PEPPERS; BREADED FISH FILLETS; DRIED CRANBERRIES; CHICKEN NUGGETS; POTATO SNACK PRODUCTS IN THE FORM OF FRIED PIECES; CHOCOLATE MILK; CHEESE; PROCESSED LETTUCE; FRENCH FRIES; CHORIZO; COMBINATION MEAL CONSISTING PRIMARILY OF A MEAT, POULTRY, FISH, VEGETABLE OR FRUIT BASED ENTREE FOR CONSUMPTION ON OR OFF THE PREMISES; CHICKEN BREAST CHUNKS SERVED BREADED AND FRIED AS CHICKEN NUGGETS, STRIPS, TENDERS, BITES, AND MORSELS; MEAT; BEVERAGES CONSISTING PRINCIPALLY OF MILK; DAIRY BASED SPREADS; SAUSAGE; HASH BROWN POTATOES; DAIRY PRODUCTS EXCEPT ICE CREAM, ICE MILK AND FROZEN YOGURT; GARDEN SALADS; POTATOES BEING

**Reg. No. 4,921,566** PROCESSED; BEEF; BUTTER; JELLIES; PROCESSED CHILIES; DAIRY BASED BEVERAGES; SALAD OIL; CUT FRUIT SERVED IN A BAG; FRENCH FRIED POTATOES; CHICKEN; PREPARED MEALS AND ENTREES CONSISTING PRIMARILY OF EGG WITH ONE OR MORE OF MEAT, FISH, POULTRY, VEGETABLE, CHEESE AND SAUCE; DIPS; FRIED POTATOES; PROCESSED APPLES; PROCESSED MEATS, NAMELY, BREADED AND FRIED CHICKEN NUGGETS, STRIPS, TENDERS, BITES, AND MORSELS; POTATO CRISPS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-8-1950; IN COMMERCE 8-19-1953.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 652,137, 2,335,590, AND 2,757,109.

SER. NO. 86-574,431, FILED 3-24-2015.

LINDA ESTRADA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# WHATABURGER

**Reg. No. 4,921,567**
**Registered Mar. 22, 2016**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

TRES AGUILAS ENTERPRISES LLC (TEXAS LIMITED LIABILITY COMPANY)
300 CONCORD PLAZA DRIVE
SAN ANTONIO, TX 78216

FOR: HAMBURGER SANDWICHES; BAKERY DESSERTS; TACOS; CHEESEBURGER SANDWICHES; CHEESE SANDWICHES; BREAKFAST SANDWICHES CONSISTING OF EGGS, BACON, SAUSAGE, CHEESE, AND/OR CONDIMENTS; HONEY BARBECUE SAUCE; FRIED FRUIT PIES AND PASTRIES; GRILLED FOOD PRODUCTS FOR CONSUMPTION ON OR OFF THE PREMISES, NAMELY, GRILLED MEAT SANDWICHES, GRILLED CHICKEN SANDWICHES, GRILLED CHEESE SANDWICHES, GRILLED VEGETABLE SANDWICHES, GRILLED MEAT TAQUITOS, GRILLED CHICKEN TAQUITOS, GRILLED VEGETABLE TAQUITOS, GRILLED MEAT FAJITAS, GRILLED CHICKEN FAJITAS, GRILLED VEGETABLE FAJITAS, GRILLED MEAT TACOS, GRILLED CHICKEN TACOS, GRILLED VEGETABLE TACOS, GRILLED MEAT WRAPS, GRILLED CHICKEN WRAPS, AND GRILLED VEGETABLE WRAPS; PANCAKE MIX; CREAMY PEPPER SAUCE; GRILLED CHICKEN SANDWICHES AND CHICKEN FAJITAS; GRILLED VEGETABLE SANDWICHES; HONEY MUSTARD SALAD DRESSING; BISCUITS; DESSERTS, NAMELY, PASTRIES WITH FRUIT; HONEY BUTTER SAUCE; SALAD DRESSINGS; SUGAR; PREPARED MEAL CONSISTING OF A HAMBURGER OR CHEESEBURGER SANDWICH, FRENCH FRIES AND A BEVERAGE FOR CONSUMPTION ON OR OFF THE PREMISES; JALAPENO RANCH SAUCE; BUTTER BISCUITS; PIES WITH APPLE, PINEAPPLE, BANANA, LEMON, STRAWBERRY OR CINNAMON; COOKIES; MUSTARD; PANCAKE SYRUP; JALAPENO CHEDDAR BISCUITS; SANDWICHES; BREAKFAST BURRITOS; ICED TEA; FRUIT CHEW CANDY; CONDIMENTS, NAMELY, BARBEQUE SAUCE, DIPPING SAUCES, KETCHUP, MAYONNAISE, MUSTARD, PANCAKE SYRUP, SALAD DRESSINGS, VINAIGRETTES, HONEY MUSTARD SALAD DRESSING, STEAK SAUCE, TARTAR SAUCE, HONEY BARBEQUE SAUCE, CREAMY PEPPER SAUCE, JALAPENO RANCH SAUCE, PEPPERCORN RANCH SAUCE, HONEY MUSTARD, PEPPER, SALT, AND SUGAR SUBSTITUTES; STEAK SAUCE; PREPARED FISH SANDWICHES FOR CONSUMPTION ON OR OFF THE PREMISES; SANDWICHES MADE OF MEAT, POULTRY, FISH, CHEESE, VEGETABLES AND/OR SAUCE; ICE CREAM; TAQUITOS; BREAD AND PASTRY; SUGAR SUBSTITUTES; CROUTONS; COFFEE; CHICKEN SANDWICHES; BREAKFAST COMBINATION SANDWICHES; FAJITAS; CINNAMON ROLLS; BAKERY PRODUCTS; TORTILLAS; PANCAKES; FRUIT PIES; FISH SANDWICHES; DIPPING SAUCES; PEPPER; TOAST; SANDWICHES FOR CONSUMPTION ON OR OFF THE PREMISES; TEA; BACON SANDWICHES; BUNS; PASTRIES; GRAVY; HONEY; SAUSAGE SANDWICHES; BREAKFAST SANDWICHES, IN CLASS 30 (U.S. CL. 46).

**Reg. No. 4,921,567** FIRST USE 8-8-1950; IN COMMERCE 8-19-1953.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 652,137, 2,335,590, AND 2,757,109.

SER. NO. 86-574,450, FILED 3-24-2015.

LINDA ESTRADA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# WHATABURGER

| | |
|---|---|
| **Reg. No. 4,921,568** <br> **Registered Mar. 22, 2016** | TRES AGUILAS ENTERPRISES LLC (TEXAS LIMITED LIABILITY COMPANY) <br> 300 CONCORD PLAZA DRIVE <br> SAN ANTONIO, TX 78216 |
| **Int. Cl.: 32** <br><br> **TRADEMARK** <br><br> **PRINCIPAL REGISTER** | FOR: BEVERAGES, NAMELY, NON-ALCOHOLIC BEVERAGES IN THE NATURE OF FRUIT BEVERAGES AND CARBONATED BEVERAGES; SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES; NON-ALCOHOLIC DRINKS SOLD FOR CONSUMPTION ON OR OFF THE PREMISES, NAMELY, FRUIT JUICES, FRUIT FLAVORED DRINKS, SPORTS DRINKS, FRUIT PUNCH, DRINKING WATER, LEMONADE, NON-FROZEN NON-ALCOHOLIC CARBONATED BEVERAGES; CARBONATED AND NON-CARBONATED SOFT DRINKS AND FRUIT JUICES; SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48). |

FIRST USE 8-8-1950; IN COMMERCE 8-19-1953.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 652,137, 2,335,590, AND 2,757,109.

SER. NO. 86-574,467, FILED 3-24-2015.

LINDA ESTRADA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office