IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case Action No. 3:24-CV-00547

| | |
|---|---|
| WHATABRANDS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WHAT-A-BURGER #13, INC., WHAT-A-BURGER #13 LOCUST PARTNERS, LLC, WHAT-A-BURGER 13 MOBILE FOOD, LLC, WAB #13, LLC and Zeb Bost,<br><br>    Defendants. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Whatabrands LLC, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to Defendants What-A-Burger #13, Inc., What-A-Burger #13 Locust Partners, LLC, What-A-Burger 13 Mobile Food, LLC, WAB #13, LLC, and Zeb Bost, with respect to all claims filed herein.

Respectfully submitted this 11th day of June, 2024.

                                                BELL, DAVIS & PITT, P.A

                                                */s/ Kevin G. Williams*
                                                Kevin G. Williams
                                                N.C. State Bar No. 25760
                                                Carson D. Schneider

N.C. State Bar No. 59953
100 N. Cherry Street
Winston Salem, NC 27101
Telephone: (336) 722-3700
kwilliams@belldavispitt.com
cschneider@belldavisiptt.com

Wendy C. Larson
Texas State Bar No. 24055820*
California State Bar No. 235037
Giulio E. Yaquinto
Texas State Bar No. 24107292*
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200
(512) 322-5201 (Fax)
(wlarson@pirkeybarber.com)
(gyaquinto@pirkeybarber.com)
*Special Appearance Under Local Rule 83.1(d) in process.*

*Attorneys for Plaintiff*